**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 4, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00876-CV

---

**FRED  SAMSON, Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1103655**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed September 17, 2018. On May 10, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.